# EXHIBIT 3

```
                12-17-05 Email from Sensatex alleging potential infringement.TXT
From: Lister, Cristi
Sent: Monday, August 11, 2008 4:30 PM
To: Lister, Cristi
Subject: FW: Electrode Patents & Sensatex


----- Forwarded by Stacey B Burr/NA/INVISTA on 12/18/2005 08:18 AM ----- "Robert
Kalik" <rkalik@sensatex.com>
12/17/2005 08:27 AM

To

stacey@textronicsinc.com

cc

"Vikram Sharma" <vicsharma@comcast.net>

Subject

Launch of Your Monitoring Bra



Dear Stacey

I want to congratulate you on the announcement this week of Textronics heart
monitoring bra.  Vikram had informed me about the upcoming launch a few weeks ago
after the IFAI conference.  It sounds like Textronics is having a great first year.

Stacey, based on the press reports, I am compelled to again remind you that Sensatex
owns the rights to a number of patents related to the use of textiles to collect
sensory information from the body.  As you will remember we discussed this in
Barcelona both privately and the subject was a major part of my Sensatex
presentation.  I also informed one of your investors, Unilever, of this when I made
a presentation to them early this year. Based on Vikram's observation of the bra at
IFAI and what I have read in your release, we believe that your product is
interfering with Sensatex patent rights.  We formally notified a number of our
competitors of our intellectual property rights by letter earlier this year, but I
did not think it was necessary to write you about it given our earlier conversation.
I am happy to send you a similar letter setting forth the patents we hold for
assessment by your IP law firm.  I am also happy to put my IP law firm together with
your counsel so that you can sort through this issue.

As you know, I have spent the past 18 months working to save Sensatex and launch the
commercial SmartShirt (which will be announced in the next six weeks). We have three
other products we are working toward launching in the next 18 months, one of which
is a SmartBra.  All of this work will have been valueless if we allow competitors to
walk all over the intellectual property rights that were the cornerstone of the
investments made in Sensatex. Based on my knowledge of the products Textronics has
in development, I believe it will be difficult for Textronics to launch any product
that senses signals from the body using conductive fibers that does not interfere
with Sensatex's IP rights.  Thus I'd like to explore with you how the two companies
can work together to resolve this problem.  I believe it is in the best interests of
our shareholders to find a solution to this issue as soon as possible so that we can
both focus on building our businesses and not battling about ownership rights.

Best regards
-Bob
                                            Page 1
```

```
                12-17-05 Email from Sensatex alleging potential infringement.TXT
Robert G. Kalik
CEO
Sensatex Inc.
4720 Montgomery Lane
Suite 400
Bethesda, Maryland  20814
p:   240.744.7605
f:   240.744.7601
rkalik@sensatex.com
http://www.sensatex.com
_____
The information and attachments contained in this e-mail are confidential and may be
legally privileged.  If you are not the intended recipient of this message, you must
not read, use or disseminate that information.
Although this e-mail and any other attachments are believed to be free of any virus,
or any other defect which might affect any computer or IT system into which they are
received and opened, it is the responsibility of the recipient to ensure that they
are virus free and no responsibility is accepted by Sensatex Inc. for any loss or
damage arising in any way from receipt or use thereof.
_____




                                        Page 2
```