# EXHIBIT 4

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

STEPHEN L. SULZER

DIRECT: (202) 572-0324
FAX: (202) 293-6229
E-MAIL: ssulzer@cblh.com
REPLY TO: Washington DC Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

wco www.cblh.com

January 27, 2006

**VIA TELEFACSIMILE**

Robert G. Kalik
Chief Executive Officer
Sensatex Inc.
4720 Montgomery Lane, Suite 400
Bethesda, Maryland 20814

Re: Sensatex Patents

Dear Bob:

This will confirm our telephone conference yesterday afternoon in which you expressed willingness to send me a writing that narrows down the patents to be discussed by Textronics and Sensatex. We understand that your designation of Sensatex patents is based on your knowledge of Textronics' products.

We appreciate your cooperation in focusing the parties' inquiry, and we also welcome the opportunity you described to discuss Sensatex's designated patents with Georgia Tech's patent counsel after we have completed our review.

We look forward to receiving your narrowed list.

Very truly yours,

Stephen L. Sulzer

Cc: Stacey B. Burr