# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

SARVINT TECHNOLOGIES, INC.

    Plaintiff,

v.

TEXTRONICS, INC., ADIDAS NORTH AMERICA, INC.

    Defendants.

Civil Action File No.:
1:15-cv-00073-TCB

**JURY TRIAL DEMANDED**

## DECLARATION OF LINDSAY HOPKINS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Lindsay Hopkins, declare:

1. I make this declaration in support of Defendants' Motion for Summary Judgment.

2. I am an attorney with the law firm Kilpatrick Townsend & Stockton, LLP. Unless otherwise indicated below, the statements in my declaration are based either upon my personal knowledge or upon information provided in the ordinary course of my business, all of which I believe to be true.

3. Attached hereto as Exhibit 5 is a true and accurate copy of the June 30, 2008 Georgia Tech Research Corporation Financial Statements and Report of Independent Certified Public Accountants. *See* Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2015.

*/s/ Lindsay M. Hopkins*
Lindsay M. Hopkins

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2015, I electronically filed the foregoing **DECLARATION OF LINDSAY HOPKINS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court for the United States District Court for the Northern District of Georgia, using the CM/ECF System, which will send notification via electronic means to all attorneys of record.

Peter F. Schoenthaler
3350 Riverwood Parkway, Suite 1900
Atlanta, GA  30339
Telephone:  (404) 592-5397
Facsimile:  (404) 891-6120
pfs@pfslawgroup.com

Andrew Crain
Eric G. Maurer
Thomas Horstmeyer
400 Interstate North Parkway SE, Suite 1500
Atlanta, GA  30339-5029
Telephone:  (770) 933-9500
Facsimile:  (770) 951-0933
andrew.crain@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com

/s/ Mitchell G. Stockwell
Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309-4528
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
mstockwell@kilpatricktownsend.com

*Counsel for Textronics, Inc. and adidas North America, Inc.*