IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXTRONICS, INC., and ADIDAS NORTH AMERICA, INC., <br><br> Defendant. | CIVIL ACTION NO: <br><br> 1:15-CV-00073-TCB |

## MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Sarvint Technologies, Inc. hereby moves this Honorable Court to dismiss *with prejudice* Plaintiff's claims of infringement in Case No. 1:15-cv-00073-TCB against Defendants Textronics, Inc. and Adidas North America, Inc.

DATED: January 26, 2016.

                                                    **SCHOENTHALER LAW GROUP**

                                                    */s/ Bryan L. Baysinger*
                                                    Peter F. Schoenthaler
                                                    Georgia Bar No. 629789
                                                    Bryan L. Baysinger
                                                    Georgia Bar No. 708496
                                                    400 Interstate N. Pkwy. S.E.
                                                    Suite 1500
                                                    Atlanta, Georgia 30339
                                                    Telephone: (404) 592-5397
                                                    Facsimile: (404) 891-6120

pfs@pfslawgroup.com
blb@pfslawgroup.com

IT IS ORDERED this _____ day of _____, 2016.

                                                                                _____
                                                                                Judge Timothy Batten
                                                                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXTRONICS, INC., and ADIDAS NORTH AMERICA, INC., <br><br> Defendant. | CIVIL ACTION NO: <br><br> 1:15-CV-00073-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing "MOTION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE" was filed with the Court using the Court's CM/ECF service, the "Notice of Electronic Filing" of which is automatically generated by the Court's Electronic Filing System and constitutes service of the filed documents on counsel of record.

This 26th day of January, 2015.

Respectfully submitted,

*/s/ Bryan L. Baysinger*
Bryan L. Baysinger
*Attorney for Plaintiff*